**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James E. Bruno                                                         CHAPTER 13
Sharon C. Bruno

Debtor(s)                      BKY. NO. 24-10026 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of First Federal Bank and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
11 Jan 2024, 06:47:49, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 7dcc0db4401b5a950d78d6612de56a6eedd2aeab7ab840cb53ab4edd33d023cb