**Fill in this information to identify the case:**

Debtor 1 **JAMES E BRUNO**

Debtor 2 (Spouse, if filing) **SHARON C BRUNO**

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania** (State)

Case Number **24-10026-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** LOANCARE, LLC

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 6 2

**Property Address:**

46 PEBBLE DRIVE
Number Street

HORSHAM PA 19044
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 486.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 486.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 486.00 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West — Date 08/26/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia / PA / 19106
City / State / ZIP Code

Contact phone: (215) 627-1377 Email: info@ph13trustee.com

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19 | LOANCARE, LLC | Secured Arrears Mortgage | 05/13/2024 | 4004834 | Disbursement To Creditor/Principal | 486.00 |
| | | | | | Total for Claim Number 19: | 486.00 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **486.00** |