United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10026-djb
James E Bruno Chapter 13
Sharon C Bruno
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin 
Date Rcvd: Sep 10, 2026 Form ID: 138OBJ Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E Bruno, Sharon C Bruno, 46 Pebble Drive, Horsham, PA 19044-1818 |
| 14845817 | + | First Federal Bank, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 15099251 | + | TD Bank, N.A., c/o BRETT L. MESSINGER, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14879568 | + | TD Bank, N.A., c/o Edward Joseph McKee, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2026 02:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14856771 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 02:44:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14844216 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 02:44:25 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14844217 | + | Email/Text: bankruptcy@amhfcu.org | Sep 11 2026 02:39:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14844218 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 02:44:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14844222 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 11 2026 02:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14864534 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 11 2026 02:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14844223 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 11 2026 02:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14844224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:44:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14855768 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:32 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| | | | | |
|---|---|---|---|---|
| 14844227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2026 02:39:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14844229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2026 02:39:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14844230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2026 02:39:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14844231 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 02:44:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14848839 | | Email/Text: mrdiscen@discover.com | Sep 11 2026 02:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14844232 | + | Email/Text: mrdiscen@discover.com | Sep 11 2026 02:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14845631 | ^ | MEBN | Sep 11 2026 02:33:21 | First Federal Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14863358 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14844234 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 11 2026 02:39:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14864922 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 11 2026 02:39:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14844235 | | Email/Text: EBN@Mohela.com | Sep 11 2026 02:39:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14861406 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2026 02:38:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14844238 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2026 02:38:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14844239 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 11 2026 02:44:35 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14862801 | + | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14862794 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2026 02:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862795 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2026 02:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14844240 | ^ | MEBN | Sep 11 2026 02:33:22 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14844241 | | Email/Text: bankruptcy@td.com | Sep 11 2026 02:39:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 14857400 | | Email/Text: bankruptcy@td.com | Sep 11 2026 02:39:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 14852141 | + | Email/Text: tdebn@credbankserv.com | Sep 11 2026 02:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14856772 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14856773 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14856775 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14856776 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14844219 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14844220 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14844221 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14844226 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14844228 | *+ | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14844233 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14844236 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14844237 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor James E Bruno brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Sharon C Bruno brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRETT L. MESSINGER | on behalf of Creditor TD Bank N.A. BLmessinger@duanemorris.com, brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank N.A. Edward.McKee@gmlaw.com, jalowe@duanemorris.com,edward-mckee-2614@ecf.pacerpro.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor First Federal Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 40 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| James E Bruno | ) | Case No. 24−10026−djb |
| | ) | |
| | ) | |
| Sharon C Bruno | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 13, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 10, 2026

For The Court

Mohung Wong
Clerk of Court